### BEARD *v.* FENTON ET AL.

[No. 10,152.   Filed May 14, 1918.]

APPEAL.—*Dismissal.—Bill of Exceptions.—Failure to File in Time.*
—Where the ruling on a motion for new trial, based solely on
the ground that the verdict is not sustained by sufficient evidence
and is contrary to law, is the only error assigned, and the record
shows that the bill of exceptions containing the evidence was
not filed within the time fixed by the court, the appeal must be
dismissed.

From Franklin Circuit Court; *Raymond S. Springer,* Judge.

Action by Mary E. Fenton against John E. Beard
and Cora Sheard. From a judgment for the plaintiff,
Beard appeals. *Affirmed.*

*Marsh R. Alexander* and *George R. Foster,* for appellant.

*M. P. Hubbard,* for appellee.

IBACH, C. J.—This is an appeal from a judgment on
a promissory note executed by appellant and appellee
Sheard. Appellee Mary E. Fenton died after the
bringing of this appeal, and Harry Fenton was on
motion substituted in her stead. Said appellee now
moves this court to dismiss the appeal herein upon
grounds, among others, that the bill of exceptions
containing the evidence was not filed within the time
fixed by the court.

The overruling of appellant's motion for a new
trial, alleging as grounds therefor that the verdict of
the jury is not sustained by sufficient evidence and
is contrary to law, is the only error assigned for reversal. A consideration of such questions would
require an examination of the evidence.

An examination of the record shows that appellant's motion for a new trial was overruled on April 24, 1917, and that he was then given ninety days' time in which to prepare and file his bills of exceptions; that the bill of exceptions containing the evidence was not filed or presented to the judge for his approval until September 13, 1917. The evidence is not before us, and, as the motion for a new trial presents no other question, the appeal must be dismissed. *Huntingburg Bank* v. *Morgenroth* (1916), 64 Ind. App. 315, 115 N. E. 798.

Appeal dismissed.

NOTE.—Reported in 119 N. E. 495. See 4 C. J. 570.